CLARE E. CONNORS #7936
United States Attorney
District of Hawaii



**SEALED**
**BY ORDER OF THE COURT**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
**Jul 21, 2022**
Pam Hartman Beyer, Clerk of Court

THOMAS MUEHLECK #3591
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808)541-2958
E-mail: Tom.Muehleck@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) MAG. NO. 22-1259 RT |
| | ) |
| Plaintiff, | ) CRIMINAL COMPLAINT; |
| | ) AFFIDAVIT |
| vs. | ) |
| | ) |
| WALTER GLENN PRIMROSE,  (01) | ) |
|   aka "Bobby Edward FORT" | ) |
| | ) |
| GWYNN DARLE MORRISON,  (02) | ) |
|   aka "Julie Lyn MONTAGUE" | ) |
| | ) |
| Defendants. | ) |
| | ) |

## <u>CRIMINAL COMPLAINT</u>

SBU -LAW ENFORCEMENT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

## COUNT ONE
### (Conspiracy to Commit Offense Against the U.S.)

On or about 28 August 2018, within the District of Hawaii, the defendants, Walter Glenn PRIMROSE, and Gwynn Darle MORRISON, did knowingly and willfully conspire and agree with each other to commit an offense against the U.S. government, that is, to willfully and knowingly make false, fictitious, and fraudulent statements, and representations in a matter within the jurisdiction of the U.S. Department of Defense, in violation of 18 U.S.C. § 1001, all in violation of Title 18, United States Code, Section 371.

## COUNT TWO
### (Aggravated Identity Theft)

On or about 28 August 2018, within the District of Hawaii, the defendants, Walter Glenn PRIMROSE (AKA Bobby Edward FORT), and Gwynn Darle MORRISON (AKA Julie Lyn MONTAGUE), did knowingly possess and use without lawful authority, a means of identification of another person, during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), to wit, 18 U.S.C § 1001, that is, the defendants knowingly and willfully made materially false, fictitious, and fraudulent statements or representations in a matter within the jurisdiction of the U.S. Department of Defense, knowing that the means of

2

identification belonged to another actual person, in violation of Title 18, United States Code, Section 1028A(1).

## COUNT THREE
### (False statement in application and use of passport)

On or about 04 April 2014, within the District of Hawaii, the defendant Walter Glenn PRIMROSE (AKA Bobby Edward FORT), did willfully and knowingly use and furnish to another, a passport that was secured by reasons of false statements made in the application therefor, which falsely stated that the person depicted in the passport photograph was Bobby Edward FORT, when in fact the person was the defendant, which said passport the defendant used to obtain a Hawaii Driver's License, in violation of Title 18, United States Code, Section 1542.

## COUNT FOUR
### (False statement in application for passport)

On or about 08 April 2016, within the District of Hawaii, the defendant, Gwynn Darle MORRISON (AKA Julie Lyn MONTAGUE), willfully and knowingly made a false statement in an application for a passport renewal with intent to induce and secure for her own use, the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports, and the rules prescribed pursuant to such laws, in that in such application the defendant identified herself as "Julie Lyn MONTAGUE," which

statement she knew to be false, in violation of Title 18, United States Code,

Section 1542.

I further state that I am a Special Agent with the United States Department

of State, Diplomatic Security Service and that this complaint is based upon the

facts set forth in the attached "Agent's Affidavit in Support of Criminal

Complaint," which is incorporated herein by reference.


Respectfully submitted,

DENNIS K. THOMAS
Special Agent
U.S. Department of State
Bureau of Diplomatic Security Service


Sworn to under oath before me telephonically, and attestation
acknowledge pursuant to FRCP 4.1(b)(2), on this 21st day of July 2022, at
Honolulu, Hawaii.



Rom A. Trader
United States Magistrate Judge

I, Dennis Thomas, being duly sworn, state as follow:

## **Affiant Background**

1.      I am a Special Agent with the U.S. Department of State,

Diplomatic Security Service (DSS), currently assigned to the Honolulu

Resident Office.  I have been employed with the Department of State as a

Special Agent since March 2011.  I have attended and completed the

Criminal Investigative Training Program at the Federal Law Enforcement

Training Center.  In addition, I completed the Department of State's Bureau

of Diplomatic Security Basic Special Agent Training Course.  Prior to my

employment with the Department of State, I was a Criminal Investigator in

the United States Army, where I independently conducted criminal

investigations into violations of the Uniform Code of Military Justice, and

federal laws.  Furthermore, I am assigned as a Taskforce Officer to the

Honolulu Federal Bureau of Investigation Field Office. I hold a Bachelor of

Science in Criminal Justice. During my employment with the Department of

State, I have investigated violations of, among other things, Title 18, United

States Code, § 1542: False Statement on Application and use of Passport;

Title 18, United States Code, § 1028A: Aggravated Identity Theft, and Title

18, United States Code, § 371: Conspiracy to commit offense or to defraud

United States.

## **Purpose**

2.      This affidavit establishes probable cause to arrest Walter Glenn PRIMROSE (AKA: Bobby Edward FORT), and Gwynn Darle MORRISON (AKA Julie Lyn MONTAGUE), for conspiracy to commit an offense against the U.S. in violation of 18 U.S.C § 371; Aggravated Identity Theft, in violation of 18 U.S.C. § 1028A; and False statement in application and use of passport, in violation of 18 U.S.C. § 1542. It is alleged that PRIMROSE and MORRISON agreed and conspired to make false statements in a matter within the jurisdiction of the U.S. Department of Defense by unlawfully assuming the identities of deceased persons Bobby Edward FORT, and Julie Lyn MONTAGUE, respectively. Using the unlawfully assumed identities, PRIMROSE and MORRISON applied for and were issued U.S. passports, DOD identity document cards, and social security account cards, using the name of the deceased persons, Bobby Edward FORT, and Julie Lyn MONTAGUE. PRIMROSE and MORRISON both knowingly and willfully used and possessed, without lawful authority, the means of identification of another person, in connection with unlawful activity that constitutes a violation of Federal laws.

3.      The facts set forth below are based upon my knowledge and personal observations, as well as information and documents provided to me

2

in my official capacity concerning the activities of a Walter Glenn

PRIMROSE (AKA Bobby Edward FORT and Gwynn Darle MORRISON

(AKA Julie Lyn MONTAGUE). This affidavit does not contain every fact,

piece of information or evidence concerning the alleged violations.

## **Passports in General and Statutory Authority**

4.      The Passport Act of 1926, as amended, was in full force and

effect throughout the period of this investigation.  This Act, codified in 22

U.S.C. § 211a, authorized the United States Secretary of State to grant and

issue United States passports under rules prescribed by the President and/or

other federal laws.  Some of these rules are that a person wanting a United

States passport must complete and submit an application to the State

Department and must submit proof of American citizenship, usually a birth

certificate, and proof of identity, usually a driver's license, with their

application.  Another rule allows designated officers at United States Post

Offices and City Clerk Offices to accept passport applications, and to then

forward them to the State Department for processing.  In the event of a

renewal of a U.S. passport, a DS-82, U.S. Passport Renewal Application for

Eligible Individuals is completed and mailed in with the expired passport as

proof of identity and citizenship.

SBU -LAW ENFORCEMENT

5.     To obtain a U.S. passport, the applicant must be a United States citizen and legally entitled to receive a U.S. passport.  The applicant must show proof of identity and United States citizenship at the time of the application.  All information and evidence submitted in connection with a passport application is considered part of the application.  Before submitting the Application for a U.S. Passport, form DS-11, the applicant was required to read the following statement:

6.     "I declare under penalty of perjury all of the following: 1) I am a citizen or non-citizen national of the United States and have not, since acquiring U.S. citizenship or nationality, performed any of the acts listed under "Acts or Conditions" on page four of the instructions of this application (unless explanatory statement is attached); 2) the statements made on the application are true and correct; 3) I have not knowingly and willfully made false statements or included false documents in support of this application; 4) the photograph attached to this application is a genuine, current photograph of me; and 5) I have read and understood the warning on page one of the instructions to the application form."

7.     After reading the statement, the applicant must sign their name in the space provided immediately under the statement, this act swearing and affirming that all information on the application is true and correct and that

they understand the warning.  It is only after the applicant signs the form that the applicant is accepted for processing and a passport issued based on the information and supporting documents contained within the application

## PROBABLE CAUSE

### Overview

8.      The United States, including the U.S. Department of State, Bureau of Diplomatic Security Service (DSS) and the Federal Bureau of Investigation (FBI) is conducting an investigation of Walter Glenn PRIMROSE (AKA Bobby Edward FORT) and Gwynn Darle MORRISON (AKA Julie Lyn MONTAGUE) regarding possible violations of Title 18, United States Code, Section 371 (Conspiracy to commit an offense against the U.S), Section 1028A (Aggravated identity theft), and Section 1542 (False statement in application and use of passport).

9.      During this investigation, your affiant obtained a verification of birth facts record from the Shelby County Texas Registrar's office, associated with Walter Glenn PRIMROSE. Records revealed that Walter Glenn PRIMROSE was born on XX/XX/1955 in Shelby County, Texas. PRIMROSE was born to a Betty Marie Hayes, and Cecil Eugene Primrose. Additionally, your affiant obtained a verification of birth facts associated with Gwynn Darle MORRISON. Records revealed that Gwynn Darle

MORRISON was born on XX/XX/1955, in Fort Belvoir, Virginia to a

Cyrial Morrison and Anna Weber.

10.     Moreover, your affiant obtained school records from Calhoun

high school, in Port Lavaca, TX that revealed PRIMROSE and MORRISON

both attended the same high school from 1970 to 1973. Further, your affiant

obtained school records associated with Stephen F. Austin University, in

Nacogdoches, TX that revealed Walter Glenn PRIMROSE and Gwynn

Darle MORRISON both attended the university from 1976 to 1979.

11.     Your affiant obtained records from Nacogdoches, TX County

Clerk's office that revealed PRIMROSE and MORRISON married each

other on 19 August 1980, in Nacogdoches, TX. Commercial database

records indicated that PRIMROSE and MORRISON both resided together in

Nacogdoches, TX during this time. FBI obtained open-source records from

the city of Nacogdoches that revealed PRIMROSE and MORRISON

purchased a home together on 21 December 1981 in Nacogdoches, TX and

owned the home until it was foreclosed by the bank on 06 October 1987.

12.     Investigation efforts revealed that in 1987, PRIMROSE and

MORRISON both obtained Texas birth certificate records for deceased

American born infants, that they used to unlawfully assume the identifies of

"Bobby Edward FORT" and "Julie Lyn MONTAGUE," respectively.

Specifically, PRIMROSE obtained a birth certificate record for Bobby Edward FORT, born XX/XX/1967, in Dallas, TX, to Charolette Fort. Furthermore, MORRISON obtained a Texas birth certificate record for Julie Lyn MONTAGUE, born XX/XX/1968, in Burnet, TX, to John Montague and Doralene Casey.

13.     Records obtained from the Texas Bureau of Vital Statistics revealed that Bobby Edward FORT, born XX/XX/1967, in Dallas, TX, to Charolette Fort died on XX/XX/1967. I received a copy of a death certificate in the name of Bobby Edward FORT.  The death certificate revealed that Bobby Edward FORT died XX/XX/1967, and the listed cause of death was asphyxia.  Also listed on the death certificate was the location of burial, which was specified as City Cemetery, in Marble Falls, TX.

14.     Moreover, records obtained from the Texas Bureau of Vital Statistics revealed that Julie Lyn MONTAGUE born XX/XX/1968, in Burnet, TX, to John Montague and Doralene Casey, died on XX/XX/1968, in Burnet, TX. I received a copy of a death record in the name of Julie Lyn MONTAGUE. The death certificate revealed that Julie Lyn MONTAGUE died on XX/XX/1968, and the location of burial was specified as Burnet Cemetery, in Burnet, TX.  Bobby FORT was found to be buried in City

Cemetery, located in Marble Falls TX, which is approximately 14 miles from where Julie MONTAGUE is buried.

15.     Records obtained from the Texas Department of Public Safety revealed that on 25 August 1987 PRIMROSE was issued a Texas driver's license number XXXX0889 in the Bobby Edward FORT identity. The records also included copies of the driver's licenses that were issued to PRIMROSE over the years in the Bobby FORT identity. The person depicted in the photograph associated with Texas driver's license number XXXX0889, in the Bobby FORT name, strongly resembles PRIMROSE.

16.     Additionally, records obtained from the Texas Department of Public Safety revealed that on 10 September 1987 MORRISON was issued a Texas identification card number XXXX0253 in the Julie Lyn MONTAGUE identity. The person depicted in the photograph associated with Texas identification card number XXXX0253 in the Julie MONTAGUE name, strongly resembles MORRISON.

17.     Records obtained from the Social Security Administration revealed that on 30 September 1987, PRIMROSE executed an application for social security card (SS-5) form using the personal identifiable information belonging to the "Bobby Edward FORT" identity. As a result of providing false information on the SS-5 form, PRIMROSE was issued social

security account number XXX-XX-9136, in the "Bobby Edward FORT" identity.

18.     Additionally, records obtained from the Social Security Administration revealed that on 26 October 1987, MORRISON executed an SS-5 application form using the personal identifiable information belonging to the "Julie Lyn MONTAGUE" identity. As a result of providing false information on the SS-5 form, MORRISON was issued social security account number XXX-XX-3279, in the "Julie Lyn MONATGUE" identity.

19.     Records obtained during this investigation revealed that within a six-month period, PRIMROSE and MORRISON had successfully assumed the identities of "Bobby Edward FORT' and "Julie Lyn MONTAGUE," respectively. Further, records obtained by your affiant revealed that PRIMROSE and MORRISON re-married each other on 08 August 1988 under their respective assumed identities (Bobby FORT and Julie MONTAGUE), in Austin, TX.

## **Military Records and Government Employment**

20.     Your affiant obtained records from the U.S. Coast Guard Investigative Service, which revealed that PRIMROSE fraudulently enlisted into the U.S. Coast Guard on XX/XX/1994, in the identity of "Bobby Edward FORT." Of note, PRIMROSE represented himself to U.S. Coast

Guard officials as Bobby Edward FORT, born XX/XX/1967, instead of in his true identity and date of birth of XX/XX/1955. PRIMROSE represented himself to be approximately 12 years younger than his true age at time of his Coast Guard enlistment. Records revealed that PRIMROSE served in the U.S. Coast Guard from 1994 to 2016, twenty years in the fraudulently obtained identity of Bobby Edward FORT.

21.    Your affiant obtained records that revealed PRIMROSE retired from the U.S. Coast Guard in 2016, and in that same year began working for U.S. Company 1, a Department of Defense (DOD) contractor, where he continues to work currently.

## Passport Issuance

22.    U.S. Department of State database records revealed that PRIMROSE has been issued a total of five (5) U.S. passports in the Bobby FORT identity. Specifically, PRIMROSE has been issued three (3) blue tourist passport books, and two (2) U.S. government official passport books in the Bobby FORT identity. Records revealed that PRIMROSE executed U.S. passport applications using the following personal identifiable information of Bobby Edward FORT: social security number XXX-XX-9136, date of birth as XX/XX/1967, and place of birth as Dallas, Texas, but submitting a picture of his own likeness on the following dates:

- 08 November 1996

- 28 August 2001

- 03 October 2006

- 19 February 2009

- 12 February 2016

23.   PRIMROSE's most recent U.S. passport, #540772719 was issued to him on 23 February 2016, in the identity of "Bobby Edward FORT." The passport is valid until 22 February 2026.

24.   Further, U.S. Department of State records revealed that on 28 April 1987, PRIMROSE was issued U.S. passport number H0930146 in the name Walter Glenn PRIMROSE, date of birth XX/XX/1955. The person pictured on U.S. passport number H0930146 strongly resembles the same person pictured on U.S. passport number 540772719, in the name of "Bobby Edward FORT." Additionally, U.S. Department of State records revealed that on 30 March 1999, PRIMROSE executed a DS-82 Passport Application using his identity (Walter PRIMROSE) and provided the following personal identifiable information: social security number XXX-XX-3261, date of birth as XX/XX/1955, and place of birth as Timpson, Texas. As a result, PRIMROSE was issued a U.S. passport on 7 April 1999. Of note, at time of

issuance, PRIMROSE had already been issued a valid U.S. passport in the identity of "Bobby Edward FORT."

25.     Additionally, U.S. Department of State database records revealed that MORRISON has been issued a total of three (3) U.S. passports in the Julie MONTAGUE identity. Specifically, MORRISON has been issued three (3) blue tourist passport books in the Julie MONTAGUE identity.   Records revealed that MORRISON executed U.S. passport applications using the following personal identifiable information of Julie Lyn MONTAGUE: social security number XXX-XX-3279, date of birth as XX/XX/1968, and place of birth as Burnet, Texas, but submitting a picture of her own likeness on the following dates:

- 08 November 1996

- 04 October 2006

- 08 April 2016

26.     Specifically, on 08 April 2016, in the District of Hawaii, MORRISON executed a DS-82 (#274423371), U.S. Passport Renewal Application, and mailed it to the National Passport Center in Portsmouth, NH. MORRISON used the following personal identifiable information of Julie Lyn MONTAGUE: social security number XXX-XX-3279, date of birth as XX/XX/1968, and place of birth as Burnet, Texas, but submitting a

picture of her own likeness. As result, MORRSION was issued U.S.

passport number 543812582, on 20 April 2016 with an expiration date of 19

April 2026.

## Hawaii Driver's License

27.     I received a copy of Bobby Edward FORT's (PRIMROSE)

Hawaii driver's license records from the Hawaii Department of

Transportation. Records revealed that on 04 April 2014 PRIMROSE

executed a Hawaii driver's license application renewal form in Honolulu, HI

in the Bobby Edward FORT identity. As part of his renewal application,

PRIMROSE used his fraudulently obtained U.S. passport, issued to him as

Bobby Edward FORT, as proof of his identity. I received a copy of the

biodata page associated with the U.S. passport PRIMROSE used to execute

his Hawaii driver's license application renewal form in the Bobby Edward

FORT identity.

28.     The information contained on the biodata page corresponds

with the information contained in the U.S. Department of State database

associated with the U.S. Passport PRIMROSE used to execute his Hawaii

driver's license application. Furthermore, the person pictured on the passport

that PRIMROSE submitted with his Hawaii driver's license application

strongly resembles "Bobby Edward FORT," and appears to be the same

person pictured in U.S. Department of State Database records associated with U.S. passport information for Bobby Edward FORT, born XX/XX/1967.

29.    Furthermore, records obtained from the Hawaii Department of Transportation revealed that on 03 March 2022, PRIMROSE executed a Hawaii driver's license application renewal form in Honolulu, HI in the Bobby Edward FORT identity. As part of his renewal application, PRIMROSE used his fraudulently obtained social security account card, number XXX-XX-9136, issued in the Bobby FORT identity, and his fraudulently obtained DOD identification card, number 1133731470. As a result of using the means of identification of another person, PRIMROSE was re-issued a Hawaii drives license in the Bobby Edward FORT identity.

30.    Additionally, records obtained from the Hawaii Department of Transportation revealed that on 04 January 2017, MORRISON (AKA MONTAGUE) executed a Hawaii Driver's license application renewal form in Honolulu, HI. As part of her renewal application, MORRISON used her fraudulently obtained U.S. passport, issued to her as Julie MONTAGUE, as proof of identity. I received a copy of the biodata page associated with the U.S. passport used to execute her Hawaii driver's license application renewal form. The information contained on the biodata page corresponds

with the information contained in the U.S. Department of State database associated with U.S. Passport MORRISON used to execute her Hawaii driver's license. Moreover, as part of her renewal application, MORRISON used her fraudulently obtained social security account card, number XXX-XX-3279, issued in the Julie MONTAGUE identity.

## DOD Identification card issuance conspiracy

31.     It was the object of the conspiracy to fraudulently obtain, use, and possess a DOD identification card by PRIMROSE and MORRISON, to which they both conspired and agreed with each other to provide false statements in a matter within the jurisdiction of the U.S. Department of Defense, in violation of 18 U.S.C. § 1001, and did use the means of identification of another person in order to obtain a DOD identification document, in violation of 18 U.S.C § 371.

## Manner and Means of the Conspiracy

32.     It was part of the conspiracy that PRIMROSE and MORRISON engaged in a scheme, by which, they both unlawfully assumed the identities of deceased United States citizens and obtain the means of identification of another person. Specifically, PRIMROSE and MORRISON knew that the names, dates and places of births, and social security numbers of Bobby Edward Fort and Julie Lyn Montague did not legally belong to them, and

were otherwise secured unlawfully, with intent to be used for their own personal use in furtherance of their fraud scheme.

## **Overt Act**

33.     Your affiant obtained records and obtained information from the Hawaii Army National Guard Office, in Kapolei, HI that revealed on 28 August 2018, PRIMROSE and MORRISON presented themselves to the DOD ID card office located in the Hawaii National Guard building, in Kapolei, HI where they conspired together to execute an application for identification card/DEERS (Defense Enrollment Eligibility Reporting System) enrollment form. In section I of the form, titled "Sponsor/Employee Information," PRIMROSE used the personal identifiable information belonging to Bobby Edward FORT. Specifically, PRIMROSE identified himself on the form as "Bobby E FORT," DOB XX/XX/1967, and DOD ID #1133731470. PRIMROSE signed the form in the presence of a DOD verifying official. Above the signature block where PRIMROSE signed the form is the following statement:

> "I certify the information provided in connection with the eligibly requirements of this form is true and accurate to the best of my knowledge."

SBU -LAW ENFORCEMENT

34.     On the same application for identification card/DEERS enrollment form, in section V of the form, titled "Dependent Information" MORRISON used the personal identifiable information belonging to Julie MONTAGUE. Specifically, MORRISON identified herself on the from as 'Julie L MONTAGUE," DOB XX/XX/1968, and DOD ID# 1133731489. MORRISON signed the form in the presence of a DOD verifying official.

35.     I believe based on the records and information provided by the Hawaii Army National Guard office that PRIMROSE and MORRISON agreed and conspired with each other to knowingly and willfully provide false information and use the means of identification of another person while executing an application for identification card/DEERS enrollment form, and as a result, MORRISON was issued a DOD identification card bearing the personal identifiable information of "Julie Lyn MONTAGUE," but depicting a picture of her own likeness.

## Summary

36.     Records obtained by your affiant revealed that PRIMROSE and MORRISON have agreed to assume the identities of deceased American-born infants and have been fully living in these fraudulently assumed identities since 1987.

SBU -LAW ENFORCEMENT

37.     Based on my training, experience, and the facts listed above, the true Bobby Edward FORT and Julie Lyn MONTAGUE died on XX/XX/1967, and XX/XX/1968, respectively, and are not the same individuals who executed an application for identification card/DEERS enrollment form in the identities of FORT and MONTAGUE. Moreover, PRIMROSE is not the rightful owner of the personal identifiable information associated with "Bobby Edward FORT," which PRIMROSE has successfully used over the past 30 years to obtain government documents that he continues to use and possess in the District of Hawaii. Further, MORRISON is not the rightful owner of the personal identifiable information associated with "Julie Lyn MONTAGUE," which MORRISON has successfully used over the past 30 years to obtain government documents that she continues to use and possess in the District of Hawaii.

38.     From my training and experience, imposters often search cemeteries for infants with dates of death close to their own birth dates to more easily assume their identities.  PRIMROSE and MORRISON both obtained a certificate of birth in 1987 and were issued social security account numbers in 1987 for their respective assumed identities, and have been perpetrating criminal fraud acts ever since, to include acts committed in the District of Hawaii.

SBU -LAW ENFORCEMENT

## **Conclusion**

39.     Based on the information and evidence detailed in this

Affidavit, I believe probable cause exists that Walter Glenn PRIMROSE and

Gwynn Darle MORRISON violated the aforementioned U.S. criminal

statues and as such, I respectfully request a warrant for their arrest. Walter

Glenn PRIMROSE is uniquely and specifically described in Attachment A-

1, and further displayed. Gwynn Darle MORRISON is uniquely and

specifically described in Attachment A-2, and further displayed.


Respectfully submitted,


Dennis Thomas
Special Agent
Diplomatic Security Service
Honolulu Resident Office
808-225-0248

This Criminal Complaint and Affidavit in support thereof were presented to, approved by,
and probable cause to believe that the defendant above-named committed the charged
crime found to exist by the undersigned Judicial Officer at 2:56 p.m. on July 21, 2022.

Sworn to under oath before me telephonically, and attestation
acknowledge pursuant to FRCP 4.1(b)(2), on this 21st day of July 2022, at
Honolulu, Hawaii.



Rom A. Trader
United States Magistrate Judge

## ATTACHMENT A-1



**Walter Glenn PRIMROSE aka Bobby Edward FORT**

**Height:  5 feet 6 inches tall**
**Hair:  Brown hair**
**Eyes:  Brown eyes**
**Occupation:  U.S. Company 1, a DOD Third-party government contractor**

## ATTACHMENT A-2



**Gwynn Darle MORRISON aka Julie Lyn MONTAGUE**

**Height:  5 feet 4 inches tall**
**Hair:  Brown hair**
**Eyes:  Blue eyes**
**Occupation:  Unemployed**