CLARE E. CONNORS # 7936
United States Attorney
District of Hawaii

THOMAS MUEHLECK #3591
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Tom.Muehleck@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Jul 22, 2022
Pam Hartman Beyer, Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | MAG. NO. 22-1259 RT |
|---|---|---|
| Plaintiff, | ) ) ) | EX PARTE MOTION TO UNSEAL CRIMINAL COMPLAINT; ORDER |
| vs. | ) ) | GRANTING EX PARTE MOTION TO UNSEAL CRIMINAL |
| WALTER GLENN PRIMROSE, (01)  AKA Bobby Edward FORT | ) ) ) | COMPLAINT |
| GWYNN DARLE MORRISON, (02)  AKA Julie Lyn MONTAGUE, | ) ) ) | |
| Defendants. | ) ) | |

## EX PARTE MOTION TO UNSEAL CRIMINAL COMPLAINT

Comes now United States of America, through its undersigned attorneys, and hereby moves this Court for an order unsealing the Criminal Complaint filed on July 21, 2022 in the above-entitled matter on the ground that the defendants have been arrested and a court hearing is scheduled for initial appearance before Rom A. Trader, United States Magistrate Judge on July 25, 2022 at 10:30 a.m.

DATED:   July 22, 2022, at Honolulu, Hawaii.

CLARE E. CONNORS
United States Attorney
District of Hawaii


By /s/ Thomas Muehleck
THOMAS MUEHLECK
Assistant U.S. Attorney