FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Jul 22, 2022
Pam Hartman Beyer, Clerk of Court

CLARE E. CONNORS # 7936
United States Attorney
District of Hawaii

THOMAS MUEHLECK #3591
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Tom.Muehleck@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAG. NO. 22-1259 RT |
| Plaintiff, | ) ) ) | ORDER GRANTING EX PARTE MOTION TO UNSEAL CRIMINAL COMPLAINT |
| vs. | ) ) | |
| WALTER GLENN PRIMROSE, (01)  AKA Bobby Edward FORT, | ) ) ) ) | |
| GWYNN DARLE MORRISON, (02)  AKA Julie Lyn MONTAGUE, | ) ) ) | |
| Defendants. | ) ) | |

ORDER GRANTING EX PARTE MOTION TO
UNSEAL CRIMINAL COMPLAINT

The Court having considered the United States of America's Ex Parte Motion to Unseal the Criminal Complaint, and good cause appearing therefor,

IT IS HEREBY ORDERED that the Criminal Complaint filed on July 21, 2022 in regard to the above-entitled matter be unsealed.

DATED: July 22, 2022, at Honolulu, Hawaii



Rom A. Trader
United States Magistrate Judge