# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:22-MJ-01259-RT |
| CASE NAME: | United States of America v. (1) Walter Glenn Primrose (2) Gwynn Darle Morrison |
| ATTYS FOR PLA: | Thomas Muehleck |
| ATTYS FOR DEFT: | (1) Maximilian Mizono* for Salina Kanai (2) Megan Kau* |
| U.S. Probation Officer: | Diane Arima-Linscott Erin Patrick |

| | | | |
|---|---|---|---|
| JUDGE: | Rom Trader | REPORTER: | FTR - Courtroom 5 |
| DATE: | 07/25/2022 | TIME: | 10:55 - 11:01 a.m. |

COURT ACTION: EP: INITIAL APPEARANCE as to DEFENDANT (1) WALTER GLENN PRIMROSE and DEFENDANT (2) GWYNN DARLE MORRISON held.

Defendant (1) Walter Glenn Primrose and Defendant (2) Gwynn Darle Morrison present and in custody.

Appointment of Counsel:

Defendants sworn to Financial Affidavits. Court appoints the Office of the Federal Public Defender as to Defendant (1) Walter Glenn Primrose. Court appoints Megan Kau as to Defendant (2) Gwynn Darle Morrison.

Initial Appearance:

Mr. Mizono represents having reviewed the charges with Defendant (1) Walter Glenn Primrose. Defendant (1) Walter Glenn Primrose acknowledges general understanding of the charges.

Ms. Kau represents having reviewed the charges with Defendant (2) Gwynn Darle Morrison. Defendant (2) Gwynn Darle Morrison acknowledges general understanding of the charges.

Detention Hearing scheduled before Magistrate Judge Trader:

Government has filed ECF [10] *Motion to Detain Defendants Without Bail* ("Motion") and submits photographs in support of *Motion*. Government's submission of photographs RECEIVED.

**Telephonic Detention Hearing** is set for July 28, 2022 at 9:30 a.m. before Magistrate Judge Rom Trader.

Preliminary Hearing scheduled before Magistrate Judge Porter:

**Telephonic Preliminary Hearing** is set for August 8, 2022 at 9:30 a.m. before Magistrate Judge Wes Reber Porter.

Pursuant to the United States District Court for the District of Hawaii's current *Order Authorizing the Use of Telephonic and Video Hearings Pursuant to the CARES Act*, the **Detention Hearing** and **Preliminary Hearing** will be held telephonically. Parties must connect to the conference at least five (5) minutes prior to the scheduled start time of the hearing.

Call-in information for the 7/28/2022 **Detention Hearing** before Magistrate Judge Trader is below.

Dial in number:    1-833-568-8864 (toll-free).
Meeting ID:        161 5641 6035.

Call in information for the 8/8/2022 **Preliminary Hearing** before Magistrate Judge Porter is below.

Dial in number:    1-833-568-8864 (toll-free).
Meeting ID:        161 0084 2470.

Due Process Protection Act Advisory:

The Court orders the United States to comply with its disclosure obligations under *Brady v. Maryland* and its progeny. Failing to timely do so may result in consequences such as sanctions, adverse jury instructions, exclusion of evidence, and dismissal of charges. This order incorporates the provisions of the Court's February 1, 2021 General Order Regarding Rule 5(f).

Defendant (1) Walter Glenn Primrose and Defendant (2) Gwynn Darle Morrison remanded to the custody of the U.S. Marshals Service.

*Submitted by: Lian Abernathy, Courtroom Manager*