IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
July 25, 2022 11:56 a.m.
Pam Hartman Beyer, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MJ 22-1259 RT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| (01) WALTER GLENN PRIMROSE, aka "Bobby Edward Fort"; (02) GWYNN DARLE MORRISON, aka "Julie Lyn Montague" | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

# Government's Submission of Photographs in Support of Motion to Detain Defendants Without Bail

