SALINA M. KANAI  #8096
Federal Public Defender
District of Hawaii

MAX J. MIZONO  #10245
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850-5269
Telephone:  (808) 541-2521
Facsimile:   (808) 541-3545
E-Mail:       Max_Mizono@fd.org

Attorney for Defendant
WALTER GLENN PRIMROSE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | MAG. NO. 22-1259 RT |
|---|---|---|
| Plaintiff | ) ) ) | NOTICE OF CHANGE OF COUNSEL; CERTIFICATE OF SERVICE |
| vs. | ) ) | |
| WALTER GLENN PRIMROSE (01), | ) ) ) | |
| Defendant. | ) ) | |

## NOTICE OF CHANGE OF COUNSEL

NOTICE IS HEREBY GIVEN that MAX J. MIZONO is added as attorney for Defendant WALTER GLENN PRIMROSE, and SALINA M. KANAI is terminated as attorney for said defendant.

DATED: Honolulu, Hawaii, July 25, 2022.

/s/ Max J. Mizono
MAX J. MIZONO
Attorney for Defendant
WALTER GLENN PRIMROSE

NOTICE OF CHANGE OF COUNSEL
*United States v. Walter Glenn Primrose*, Mag. No. 22-1259 RT
United States District Court, District of Hawaii

CERTIFICATE OF SERVICE

MAX J. MIZONO hereby certifies that by the method of service noted below, a true and correct copy of the foregoing was served on the following at the last known address on July 25, 2022:

Served Electronically through CM/ECF:

THOMAS MUEHLECK
Assistant United States Attorney
300 Ala Moana Boulevard, Room 6100
Honolulu, Hawaii  96850

Attorney for Plaintiff
UNITED STATES OF AMERICA

DATED:   Honolulu, Hawaii, July 25, 2022.

      /s/ Max J. Mizono
MAX J. MIZONO
Attorney for Defendant
WALTER GLENN PRIMROSE