AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Hawaii

**FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUL 26 2022**
at __11__ o'clock and __15__ min. __A__ M
CLERK, U.S. District Court

| United States of America | )   |
|---|---|
| v. | )   |
| WALTER GLENN PRIMROSE aka "Bobby Edward Fort" | ) Case No. MJ 22-1259 RT |
|   | ) |
|   | ) |
|   | ) |
| Defendant | ) |

RECD USMS-HI 07/25/22 D:10

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1542     False Statement on Application and use of Passport
18 U.S.C. 371      Conspiracy to commit offense
18 U.S.C 1028A     Aggravated Identity Theft

Date: July 21, 2022

City and state: Honolulu, Hawaii

Rom A. Trader
United States Magistrate Judge

---

**Return**

| This warrant was received on *(date)* 7/21/2022, and the person was arrested on *(date)* 7/22/2022 |
|---|
| at *(city and state)* Kapolei, Hawaii |

Date: 7/22/2022

_____
Arresting officer's signature

Shawn Gray / Supervisory Special Agent
Printed name and title