# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:22-MJ-01259-RT |
| CASE NAME: | United States of America v. (1) Walter Glenn Primrose |
| ATTYS FOR PLA: | Wayne Myers* for Thomas Muehleck |
| ATTYS FOR DEFT: | Craig Jerome* for Maximilian Mizono |
| U.S. Probation Officer: | Diane Arima-Linscott* |

| | | | |
|---|---|---|---|
| JUDGE: | Rom Trader | REPORTER: | ZOOM |
| DATE: | 07/28/2022 | TIME: | 9:36 - 10:00 a.m. |

COURT ACTION:  EP: TELEPHONIC DETENTION HEARING as to DEFENDANT (1) WALTER GLENN PRIMROSE held.

Waiver of Physical Presence and Consent to Proceed by Telephone:

Defendant in custody and present via telephone from the Federal Detention Center, Honolulu ("FDC").  Defendant waives right to be physically present and consents to appear via telephone.  Court conducts colloquy to confirm Defendant's waiver and consent.

Detention Hearing:

Court takes judicial notice of its records and files and has carefully considered the *Criminal Complaint* ECF [1], the Government's ECF [10] *Motion to Detain Defendants Without Bail* ("Motion"), the Pretrial Services Report, applicable rules and legal authority, and the representations and arguments of counsel.  Court inclined to grant *Motion* and adopt recommendation of Pretrial Services.

Arguments heard.

Court has carefully considered the merits of the Government's *Motion* within the context of the records and files, the representations and arguments of counsel, and the information and recommendation of Pretrial Services, and finds there is no condition or combination of conditions that will reasonably assure the appearance of the defendant as required.  Accordingly, Defendant to be detained pending trial.

Based upon the instant record, the Court does not reach any conclusions concerning whether and to what extent Defendant may pose a significant risk to danger to the community, if released.

Government's *Motion to Detain Defendants Without Bail* ECF [10] as to Defendant (1) Walter Glenn Primrose is GRANTED. Government to prepare and submit order to the Court's orders box at Trader_Orders@hid.uscourts.gov within seven (7) days of this hearing.

Defendant to remain in the custody of the U.S. Marshals Service at the Federal Detention Center, Honolulu.

*Submitted by: Lian Abernathy, Courtroom Manager*